Associates Discount Corp. *v.* Vincent et al., Appellants.

Argued March 17, 1969. Before Bell, C. J., Jones, Cohen, O'Brien, Roberts and Pomeroy, JJ.

*Robert X. Medonis,* for appellant.

*John H. Pope,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Order affirmed.
Mr. Justice EAGEN took no part in the consideration or decision of this case.